Steven H. Weinstein (086724)
Peter Sindhuphak (235164)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Lawrence B. Goodwin (admitted *pro hac vice*)
Monica Bhattacharyya (admitted *pro hac vice*)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Plaintiff*
*Shaklee Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKLEE CORPORATION and NIR DIAGNOSTICS INC. <br><br> Plaintiffs, <br><br> vs. <br><br> MASIMO CORPORATION <br><br> Defendant. | **CASE NO: SACV07-0847 DOC(RNBx)** |
| MASIMO CORPORATION <br><br> Counterclaimant, <br><br> vs. <br><br> SHAKLEE CORPORATION and NIR DIAGNOSTICS INC., <br><br> Counterdefendants. | |

## **STIPULATED PROTECTIVE ORDER**

## NOTE: CHANGES MADE BY THE COURT

FOR GOOD CAUSE SHOWN, Protective Order, requested by stipulation of the parties, is hereby granted.

Documents subject to this order may be filed under seal only by specific order of the Court. If a party desires to file a document subject to this order under seal, the party shall submit a stipulation signed by all parties explaining specifically what documents are at issue and why they deserve heightened protection from disclosure. If the parties are unable to reach a stipulation, the party desiring the file under seal may submit an ex parte application, explaining both why the Court should allow the filing to be under seal and also why the parties were unable to reach a stipulation. Only in exceptional circumstances will the Court allow briefs to be filed under seal.

The provisions of the Stipulated Protective Order among and between Shaklee Corporation, NIR Diagnostics and Masimo Corporation shall govern the treatment of Confidential and/or Highly Confidential - Outside Attorneys Only information produced by a party to any other party in the course of this Litigation.

Dated April 24, 2008                   /s/ David O. Carter
                                       David O. Carter
                                       United States District Judge