1  Steven H. Weinstein, Esq., State Bar No. 086724
2  Peter Sindhuphak, Esq., State Bar No. 235164
   BARGER & WOLEN LLP
3  633 West Fifth Street, 47th Floor
   Los Angeles, California 90071
4  Telephone: (213) 680-2800
   Facsimile: (213) 614-7399

5  Lawrence B. Goodwin, Esq., *pro hac vice*
   lgoodwin@kasowitz.com
6  KASOWITZ, BENSON, TORRES
     & FRIEDMAN LLP
7  1633 Broadway
   New York, New York 10019
8  Telephone: (212) 506-1700
   Facsimile: (212) 506-1800

9  Attorneys for Plaintiff
10 Shaklee Corporation

11 Jan P. Weir, Esq., State Bar No. 106652
   jweir@sycr.com
12 STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
13 Newport Beach, California 92660-6441
   Telephone: (949) 725-4000
14 Facsimile:  (949) 725-4100

15 Attorneys for Defendant and Counterclaimant
16 Masimo Corporation

17              UNITED STATES DISTRICT COURT
18         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SHAKLEE CORPORATION, and NIR DIAGNOSTICS INC.<br><br>    Plaintiffs/Counterdefendants,<br><br>vs.<br><br>MASIMO CORPORATION,<br><br>    Defendant/Counterclaimant.<br>_____ | Case No. SACV07-00847-DOC-RNB<br><br>The Honorable David O. Carter<br><br><br><br>**STIPULATION FOR DISMISSAL** |

-1-

STIPULATION FOR DISMISSAL

DOCSOC/1296857v1/017303-0029
DOCSOC/1297380v1/017303-0029

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

IT IS HEREBY STIPULATED by and between Shaklee Corporation ("Shaklee"), and Masimo Corporation ("Masimo"), pursuant to the terms of the Settlement Agreement between Shaklee and Masimo, that the claims of Shaklee in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.  Masimo's counterclaims, in so far as they relate to Shaklee, are dismissed without prejudice as being moot.

Pursuant to the terms of the release provision in the Shaklee/Masimo Settlement Agreement, Shaklee is not liable for Masimo's attorney's fees and costs and Masimo is not liable for Shaklee's attorney's fees and costs.

This Court retains jurisdiction over the parties to enforce the terms of the Shaklee/Masimo Settlement Agreement.

DATED:  August 13, 2008    KASOWITZ, BENSON, TORRES
                                               & FRIEDMAN LLP

By: /s/_____
    Lawrence B. Goodwin
    Attorneys For Plaintiff and
    Counterdefendant Shaklee Corp.

STRADLING YOCCA CARLSON & RAUTH

DATED:  August 13, 2008    By: /s/_____
    Jan P. Weir
    Attorneys for Defendant and
    Counterclaimant Masimo Corporation

-2-

STIPULATION FOR DISMISSAL

STRADLING
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DOCSOC/1296857v1/017303-0029
DOCSOC/1297380v1/017303-0029