JS-6

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Steven H. Weinstein, Esq., State Bar No. 086724
Peter Sindhuphak, Esq., State Bar No. 235164
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Lawrence B. Goodwin, Esq., (admitted *pro hac vice*)
lgoodwin@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Plaintiffs/Counterdefendants
Shaklee Corporation

Jan P. Weir, Esq., State Bar No. 106652
jweir@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660-6441
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendant/Counterclaimant
Masimo Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SHAKLEE CORPORATION, and NIR DIAGNOSTICS INC.<br><br>Plaintiffs/Counterdefendants,<br><br>vs.<br><br>MASIMO CORPORATION,<br><br>Defendant/Counterclaimant. | Case No. SACV07-00847-DOC-RNB<br><br>The Honorable David O. Carter<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

STRADLING
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
[~~PROPOSED~~] ORDER OF DISMISSAL

DOCSOC/1297425v1/017303-0029

1  Pursuant to the parties' August 13, 2008 Stipulation for Dismissal, the
2  claims of Shaklee Corp. ("Shaklee") in the above-captioned action are
3  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.
4  The counterclaims of Masimo Corp. ("Masimo"), in so far as they relate to
5  Shaklee, are dismissed without prejudice as being moot.
6  Pursuant to the terms of the release provision in the Shaklee/Masimo
7  Settlement Agreement, Shaklee is not liable for Masimo's attorney's fees
8  and costs and Masimo is not liable for Shaklee's attorney's fees and costs.
9  This Court retains jurisdiction over the parties to enforce the terms of
10 the Shaklee/Masimo Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 25, 2008

_____
Hon. David O. Carter
United States District Judge